UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| Alexis Ashlock | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:12cv01565AGF |
| vs. | ) | |
| | ) | |
| State Farm Mutual Automobile Insurance Company | ) ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER

The above styled and numbered case was filed on August 29, 2012 and randomly assigned to the Honorable Audrey G. Fleissig , United States District Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Southeastern Division.  Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:12cv00146.    **IT IS FURTHER ORDERED** that cause number. 4:12cv01565AGF be administratively closed.

Dated this 30th Day of August, 2012.                    JAMES G. WOODWARD
                                                        Clerk of Court

                                                        By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:12cv00146LMB.**